DANIEL MALAKAUSKAS, *Cal. Bar No.: 265903*
MALAKAUSKAS LAW, APC
1930 Village Center Circle, Suite 3-355
Las Vegas, NV 89134
Tel: 866-790-2242 / Fax: 888-802-2440
daniel@malakauskas.com

*Attorney for Plaintiff:* **Stephen Hopson**

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| **STEPHEN HOPSON**, <br><br> Plaintiff, <br><br> v. <br><br> **FIVE STAR BURGER LLC**, and **DOES** 1-10, Inclusive, <br><br> Defendants. | Case No.: **2:23-cv-1100-DJC-SCR** <br><br> **NOTICE OF DISMISSAL WITHOUT PREJUDICE** <br><br> [Fed. R. Civ. P. 41] |

**PLEASE TAKE NOTICE**, that plaintiff hereby unilaterally requests that this action be and is hereby dismissed in its entirety, against all defendants, **WITHOUT PREJUDICE**, pursuant to Federal Rules of Civil Procedure 41(a)(1).

Date: August 7th, 2024

/s/ Daniel Malakauskas
By: Daniel Malakauskas, of,
MALAKAUSKAS LAW, APC,
Attorney for Plaintiff